AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

**FILED**
**06/18/2019**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: Y. Lujan**
**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: PE:19-M -01994(1) |
| | § | |
| (1) Jose Raul Serna-Salazar | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 15, 2019** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Jose Raul SERNA-Salazar, was arrested by Presidio Border Patrol Agents, on June 15, 2019, for being an illegal alien present in the United States.*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Acosta, Hector
Border Patrol Agent

June 18, 2019
Date

at   PECOS, Texas
City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:19-M -01994(1)

WESTERN DISTRICT OF TEXAS

(1) Jose Raul Serna-Salazar

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 05/29/2019 through Del Rio, Tx, Intl Bridge.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Mexico.

IMMIGRATION HISTORY:
SERNA-SALAZAR, JOSE has been deported 2 time(s), the last one being to MEXICO on May 29, 2019, through DEL RIO, TX, INTL BRIDGE

CRIMINAL HISTORY:
06/27/1995, DALLAS, TX, THEFT OF PROPERTY >= $500.00 <= $1,500.00(M), ACCEPTED, HELD - 06/27/1995 - FINAL DISPOSITION UNKNOWN.
11/30/1995, DALLAS, TX, DRIVING WHILE INTOXICATED(M), 03/22/1996 - CONVICTED - 90 DAYS JAIL, 24 MONTHS PROBATION, $272 CC, $500 FINE.
06/27/1999, WOODRUFF, SC, DRIVING WITHOUT A LICENSE(M), 08/04/1999 - CONVICTED.
06/27/1999, WOODRUFF, SC, DRIVING UNDER THE INFLUENCE(M), 08/04/1999 - CONVICTED.
09/22/2004, ASHBURN, GA, DRIVING UNDER THE INFLUENCE OF ALCOHOL(M), DROPPED, TIME EXPIRED RESTRICTION.
10/10/2004, CLAY COUNTY, FL, AGGRAVATED ASSAULT WITH DEADLY WEAPON(F), DROPPED, DROPPED/ABANDONED 11/02/2004.
06/13/2006, SWANSEA, SC, UNLAWFUL CARRYING OF WEAPON(M), CONVICTED, 1 YEAR OR $500.00 FINE.
07/02/2006, CAYCE, SC, OPEN CONTAINER OF BEER/WINE(M), ACCEPTED, DISPOSITION UNKNOWN.
05/04/2007, SOUTH CONGAREE, SC, HUNTING, FISHING WIHTOUT LICENSE IN POSSESSION(M), ACCEPTED, DISPOSITION UNKNOWN.
05/04/2007, SOUTH CONGAREE, SC, OPEN CONTAINER OF BEER/WINE(M), 05/23/2007 - CONVICTED, $257.50 FINE, JAIL 10 DAYS.
05/04/2007, SOUTH CONGAREE, SC, DRIVING WITHOUT A LICENSE(M), 05/23/2007 - CONVICTED, $25.00 FINE, 10 DAYS JAIL.